# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700071

_____

## UNITED STATES OF AMERICA
Appellee

v.

## DARRELL K. JACKSON
Private (E-1), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Peter S. Rubin, USMC.
Convening Authority: Commanding Officer, Headquarters Group, II Marine Expeditionary Force, Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Lieutenant Kevin S. Woodard, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 23 May 2017

_____

Before CAMPBELL, HUTCHISON, and RUSSELL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court